# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NV CUSTOM LIVING, INC., | Case No.: CV 14-2300 DSF (VBKx) |
| Plaintiff, | |
| v. | PARTIAL JUDGMENT |
| KEVIN W. WESSELL, 1-800-COMPANY, and DOES NO. 1 though 50, | |
| Defendants. | |

Defendant 1-800-Company having defaulted in this action and the Court having found no reason for delay in entry of judgment against 1-800-Company, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and against Defendant 1-800-Company in the amount of $1,113,661.50, consisting of $956,620.14 in damages, $130,669.75 in prejudgment interest, $25,345.76 in attorney's fees, and $1,025.85 in costs.

Dated: 12/8/14

_____
Dale S. Fischer
United States District Judge